## STATEMENT OF FACTS

Your affiant, Jason T. Coe, is a Special Agent with the Federal Bureau of Investigation assigned to the Washington Field Office. In my duties as a special agent, I investigate violations of Federal criminal laws related to health care fraud, drug trafficking, money laundering, and various other violations. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The following facts come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the charges below. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Based on my participation in this investigation, review of publicly available media, review of records obtained by law enforcement, and conversations with other law enforcement officers about the same, I have learned the following:

On January 7, 2021, the FBI National Threat Operations Center ("NTOC"), received a telephonic tip from a confidential source of information ("CS1"), identifying ADAM AVERY HONEYCUTT ("HONEYCUTT") as an individual who was unlawfully present inside the U.S. Capitol building on January 6, 2021. CS1 reported that HONEYCUTT works as a bail bondsman, also goes by the name "Bundy," and is the user of Facebook account https://facebook.com/adam.honeycutt.1. CS1 further reported that HONEYCUTT had posted on Facebook that he had broken into the U.S. Capitol building and posted pictures of a broken chair.

CS1, using his[1] cellular telephone, captured the contents of what CS1 identified as HONEYCUTT's Facebook page by making a video of the contents of the page as they were displayed on CS1's computer monitor. CS1 provided this documentation to the FBI, and your affiant has since reviewed it. The contents of the videos provided by CS1 included multiple videos and photos apparently taken by HONEYCUTT at the U.S. Capitol and posted to the Facebook account adam.honeycutt.1 on January 6, 2021.

A second confidential source of information ("CS2") submitted a tip to the FBI tip website and reported that HONEYCUTT posted videos of himself at the U.S. Capitol. CS2's report stated in part, "Im not friends with him on FB, so I could only see what he publicly posted, but theres enough. Including a picture of him holding a broken piece of desk from within the capitol, so he was definitely inside the building and made it out in order to post all of this stuff. In case he wises up and takes them down, I took a video of his FB page and its uploaded here, which you should be able to view." CS2 included a link to a website, which allowed law enforcement to view the referenced video. CS2 also wrote, "The direct link to his FB page is here: https://www.facebook.com/adam.honeycutt.1  The one picture I uploaded is a screen grab of the single public picture from within the capitol building."

Law enforcement has reviewed records obtained from the Florida Driver and Vehicle Information Database ("DAVID") related to HONEYCUTT, including the driver license photograph of HONEYCUTT, as well as a booking photo of HONEYCUTT.

---

[1] Unless otherwise stated, for the safety of witnesses, confidential sources of information are referred to using male pronouns (regardless of gender) and conversations about confidential sources of information have been altered as necessary to reflect male pronouns.

Law enforcement has viewed the videos and images provided by CS1 and CS2 that captured the content of Facebook account adam.honeycutt.1 that were related to the events that occurred at the U.S. Capitol on January 6, 2021. Your affiant reviewed the publicly available contents of the Facebook account adam.honeycutt.1 on January 8, 2021, and has since documented some of the contents of that account. Law enforcement also reviewed the publicly viewable contents of the Facebook account adam.honeycutt.1 via the Facebook website on January 16, 2021. Law enforcement review of these materials revealed the following:

    a.    The display photo for Facebook account adam.honeycutt.1 on January 8, 2021, as documented by your affiant, was a photo of HONEYCUTT with the U.S. Capitol building in the background. This image is displayed below:



    b.    Pictures of a broken furniture leg with a bar coded property sticker that states, "U.S. SENATE SERGEANT AT ARMS 202-228-4357" were posted to the Facebook account adam.honeycutt.1. This information was reported to the FBI by both CS1 and CS2, and the images below were submitted to the FBI by CS1:



c.  Multiple videos filmed outside of the U.S. Capitol were posted to the Facebook account adam.honeycutt.1.  Below is a screen capture taken from one of these videos, which was submitted to the FBI by CS2:



d.      In one of the videos posted to the Facebook account adam.honeycutt.1, which appeared to have been filmed outside of the U.S. Capitol building as rioters were confronting police, an individual looked at the camera and yelled, "it's about to go down!" Based on law enforcement's investigation of this case, your affiant believes the individual featured in this video is HONEYCUTT.  Screen captures of this video are shown below:





e. Another video posted to the Facebook account adam.honeycutt.1 appeared to have been filmed from inside the U.S. Capitol building. In the video, an individual your affiant recognizes as HONEYCUTT turned the camera so it captured his face and stated, "Well, made it in." Below are screen captures taken from the video:







In this video, an overturned wooden table can be seen inside of a room with blue flooring. Your affiant believes the style and color of the overturned table and the flooring are consistent with the image discussed above wherein a gloved hand is holding a broken furniture leg with a bar coded property sticker that states, "U.S. SENATE SERGEANT AT ARMS 202-228-4357."

On January 16, 2021, law enforcement reviewed publicly viewable information obtained by an FBI Intelligence Analyst related to the Facebook account adam.honeycutt.1, which revealed that most of the contents of the Facebook account adam.honeycutt.1 were no longer publicly viewable. Law enforcement also learned that the publicly viewable profile photo for the Facebook account adam.honeycutt.1 had been changed from the photo of HONEYCUTT standing with the U.S. Capitol building in the background, described above, to a photo of HONEYCUTT sitting next to a small child.

On January 26, 2021, CS2 provided additional screen captures taken from the Facebook account adam.honeycutt.1, which indicated HONEYCUTT was attempting to downplay or hide his involvement in the U.S. Capitol riots, which your affiant believes constitutes evidence of his consciousness of guilt. The below is one of the screen captures provided by CS2 and is dated January 10, 2021.



Law enforcement compared the DAVID and booking photo of HONEYCUTT, described above, and images and videos that had been posted to the Facebook account adam.honeycutt.1, also discussed above. Based on the visual comparison performed by law enforcement, your affiant believes that the individual repeatedly featured in the photos and videos posted to the Facebook account adam.honeycutt.1 is HONEYCUTT. Additionally, the Facebook account

adam.honeycutt.1 used the display name "Adam Honeycutt," which is HONEYCUTT's true name as reflected in DAVID.  Therefore, your affiant believes that HONEYCUTT is the owner and user of the Facebook account adam.honeycutt.1 and posted the images and videos posted to the account that are discussed above.

Based on the foregoing, your affiant submits that there is probable cause to believe that HONEYCUTT violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that HONEYCUTT violated 40 U.S.C. § 5104(e)(2)(G), which makes it a crime to willfully and knowingly parade, demonstrate, or picket in any of the Capitol Buildings.

Respectfully Submitted,

_____
Jason T. Coe
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of February 2021.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE