IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        PLAINTIFF,

v.

ADAM HONEYCUTT

        DEFENDANT.

_____/

Case No. 1:21-mj-216
Mag. Judge: Zia M. Faruqui

## CERTIFICATE OF FAMILIARITY WITH SENTENCING GUIDELINES

Pursuant to Local Criminal Rule 44.5(b), L. Lee Lockett, attorney for defendant Adam Honeycutt, hereby certifies that he is familiar with the United States Sentencing Guidelines.

Respectfully submitted,

/s/ L. Lee Lockett
L. Lee Lockett, FL Bar No. 0128120
Lockett Law
1548 The Greens Way., Ste. 2
Jacksonville Beach, FL. 32250
Tel. (904) 858-9818
lee@lockettlaw.net
*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>March 3, 2021</u> I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:   March 3, 2021	/s/ L. Lee Lockett
                                                                                       L. Lee Lockett
                                                                                       *Counsel for Defendant*