UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    CASE NO.: 1:21-mj-216

ADAM HONEYCUTT,

_____

## ORDER

Upon consideration of the Consent Motion for Immediate Release of Defendant in this case only, it is this ___17th___ day of March, 2021;

**IT IS HEREBY ORDERED**:

1. That the Defendant's Motion is hereby GRANTED.

2. The Defendant shall be released in this case only immediately from custody with the following Pre-Trial Services conditions:

   a. Stay away from DC unless for Court, Pretrial or consultation with attorney.

   b. Call Pretrial Services once per week

   c. Advise Pretrial Services of any travel within the US outside of home jurisdiction.

   d. No travel outside of the continental US without Court approval.

   e. Participate in all future proceedings as directed.

   f. Do Not Possess Any Firearms.

2021.03.17
22:55:12 -04'00'

_____
Zia M. Faruqui
United States Magistrate Judge