UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CASE NO. 21-MJ-216 |
| v. | : |
| | : |
| ADAM AVERY HONEYCUTT, | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of the Consent Motion to Continue Status Hearing and Exclude Time Under the Speedy Trial Act, it is this __4th__ day of __May__, 2021, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the status hearing is continued until July 7, 2021, at __1:00 p.m.__ before the Honorable G. Michael Harvey; it is further

**ORDERED** that the time from May 4, 2021, through July 7, 2021, is excluded for purposes of any computation under the Speedy Trial Act, 18 U.S.C. § 3161; the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and indictment because the additional time will afford the government with the opportunity to provide informal pre-indictment discovery to the defendant and to engage in discussions with the defendant, which might obviate the need for an indictment and trial in this case.

                                                                                         Robin M. Meriweather
                                                                                        United States Magistrate Judge