UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-MJ-216 |
| v. : | |
| : | |
| ADAM AVERY HONEYCUTT, : | |
| : | |
| Defendant. : | |

**JOINT MOTION TO CONTINUE STATUS HEARING
AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Adam Avery Honeycutt, through counsel, respectfully move to continue the status hearing scheduled for January 25, 2022, to February 15, 2022, and to exclude time under the Speedy Trial Act, to allow the defense additional time to execute plea paperwork.

The defendant is charged via criminal complaint in this District with two counts related to the January 6, 2021, attack on the U.S. Capitol. Specifically, he is charged with one count of Knowingly Entering or Remaining in any Restricted Building or Grounds without Authority, in violation of 18 U.S.C. § 1752(a), and one count of Violent Entry and Disorderly Conduct on Capitol Grounds in violation of 40 U.S.C. § 5104(e)(2) ("Attack on the Capitol case").

On February 11, 2021, the defendant had his initial appearance in the Middle District of Florida following his arrest. He was advised of his rights, charges, and penalties. *United States v. Honeycutt*, 3:21-mj-1067, ECF No. 2 (M.D. Fla. Feb. 11, 2021). On February 24, 2021, the defendant waived his right to a preliminary hearing in this case. *Id*. at ECF Nos. 17, 18 (M.D. Fla. Feb. 24, 2021).

On June 1, 2021, the defendant pleaded guilty in the Middle District of Florida to one count of knowingly possessing a firearm by an unlawful user of a controlled substance in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2) ("Florida case"). The Florida case stemmed from the execution of a search warrant on his residence in connection with the Attack on the Capitol case. The defendant was ultimately sentenced, on October 13, 2021, to 18 months in prison with respect to the Florida case. His anticipated release date is May 23, 2022.

During his October 5, 2021, hearing before this Court, the Court reviewed the maximum penalties of the charges the defendant faces and also reviewed his rights. The Court scheduled a status hearing for January 4, 2022. The Court also excluded time under the Speedy Trial Act. The parties subsequently filed a joint motion to continue the January 4, 2022, status hearing until January 25, 2022, and to exclude time under the Speedy Trial Act. The Court granted the motion.

The defendant is detained. The defense needs additional time to execute plea paperwork. Accordingly, the parties respectfully request that the Court continue the status hearing until February 15, 2022, and exclude time under the Speedy Trial Act. The parties anticipate that an information will be filed before that date.

The Speedy Trial Act requires that the government file an information or indictment against a defendant within 30 days of arrest. 18 U.S.C. § 3161(b). However, the Act excludes any period of delay when a judge grants a continuance and finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Here, the exclusion of time through February 15, 2022, best serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial and indictment.

The additional time will afford the defense with the opportunity to execute plea paperwork and obviate the need for a trial in this case.

WHEREFORE, the parties respectfully request that the Court continue the hearing until February 15, 2022, and exclude time through and including February 15, 2022, for purposes of any computation under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ *Kondi J. Kleinman*
KONDI J. KLEINMAN
California Bar No. 241277
Assistant United States Attorney
Fraud Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6887
Kondi.Kleinman2@usdoj.gov


LOCKETT LAW
/s/ L. Lee Lockett
L. LEE LOCKETT
Attorney for Defendant
Florida Bar No.: 0128120
1548 The Greens Way, Suite 2
Jacksonville Beach, Florida 32250
904-858-9818
lee@lockettlaw.net