UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 1:21-mj-216

ADAM HONEYCUTT,
    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

The Undersigned, L. Lee Lockett, Esquire, moves this Court for leave to withdraw Ira D. Karmelin as counsel for Defendant, ADAM HONEYCUTT, in the above-styled case, and states as follows:

1.    Ira D. Karmelin is an active and sponsoring member of the Bar of this court who sponsored L. Lee Lockett in appearing Pro Hac Vice in the above referenced court.

2.    L. Lee Lockett is now a full member and authorized to practice in the above-referenced court without appearing via Pro Hac Vice through Ira D. Karmelin.

WHEREFORE, the undersigned requests this Court enter an order allowing Ira D. Karmelin to withdraw from further representation of Defendant.

I HEREBY CERTIFY that on the 11th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court which will send a notice of electronic filing to the following: Kondi Kleinman, Assistant U. S. Attorney.

## LOCKETT LAW

/s/ L. Lee Lockett
**L. LEE LOCKETT, ESQUIRE**
Florida Bar No.: 0128120
1548 The Greens Way, Suite 2
Jacksonville Beach, Florida 32250
904-858-9818
Attorneys for Defendant
Email: lee@lockettlaw.net